# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CR-00275-DGK-4 |
| MICHAEL C. BORRUSCH, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On September 9, 2018, the Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (Doc. 96) recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of conspiracy to distribute fifty kilograms or more of marijuana, in violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846, as charged in Count Six of the Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcript of the hearing held before Judge Hays on September 4, 2018. In light of the evidence in the record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crime in Count Six of the Indictment.

**IT IS SO ORDERED.**

Date: September 26, 2018          /s/ Greg Kays
                                  GREG KAYS, CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT